# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re Stephen D. Haining,<br><br>                  Debtor | Case No. 16-10738<br><br>Chapter 7 |

## ORDER GRANTING FIRST AND FINAL FEE APPLICATION
## OF DRUMMOND WOODSUM, AS COUNSEL TO THE TRUSTEE

Kaitlyn M. Husar, Esq., filed the First and Final Fee Application of Drummond Woodsum, as Counsel to the Trustee [Dkt. No. 25] (the "Fee Application"). Notice of the hearing to consider the Fee Application was provided in accordance with the applicable provisions of the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and this Court's Local Rules. In the absence of timely objections or other responses to the Fee Application, the Court has reviewed the Fee Application and the docket in this chapter 7 case.

Based on this review, and pursuant to the factors set forth in 11 U.S.C. § 330(a)(3), the Court grants the Fee Application, but awards compensation that is less than the amount requested. *See* 11 U.S.C. § 330(a)(2). Specifically, the Court disallows compensation for the 0.3 hours that counsel billed on March 3, 2017 for the task described as "File motion via ECF." Although the filing of the Rule 2004 motion was beneficial toward the completion of the Trustee's duties in this case, the task of filing could have been accomplished by a reasonably experienced legal assistant. The Court therefore disallows the request for compensation of $57.00 for 0.3 hours spent by the Trustee's counsel on the foregoing task at the rate of $190 per hour.

The Fee Application is granted on the terms set forth in this order.  Drummond Woodsum, as counsel to the Trustee, is awarded $3,069.50 as reasonable compensation for actual, necessary services rendered between February 16, 2017 and June 7, 2017, and $181.19 as reimbursement for actual, necessary expenses, for a total award of $3,250.69. This award is made under 11 U.S.C. § 330(a)(1).

Date: July 11, 2017

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine